JERRY L. GARDNER et al., Respondents, *v.* TOWN OF CAM-
    ERON et al., Defendants, and BUFFALO STEAM ROLLER
    COMPANY, Appellant.

*Gardner* v. *Town of Cameron*, 155 App. Div. 750, affirmed.
(Argued May 13, 1915; decided June 1, 1915.)

APPEAL from a judgment of the Appellate Division of the .Supreme Court in the fourth judicial department, entered March 12, 1913, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in a taxpayers' action under section 51 of the General .Municipal Law, to procure a judgment declaring a contract made by the town superintendent of highways of the town of Cameron, Steuben county, and the defendant, appellant, under the provisions of the Highway Law, illegal and void upon the grounds that the defendant, appellant, and the town officials fraudulently and collusively entered into a contract; that the town officials were induced to make said contract by fraud and collusion on the part of the said defendant, appellant, and that the making of the contract constituted an illegal and unauthorized official act on the part of the defendant officials.

*Edward R. O'Malley* and *Charles J. Deckop* for appellant.

*James O. Sebring* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.